578

People of State of Illinois, Defendant in Error, v. Bernard Distenfield, Plaintiff in Error.

Gen. No. 43,296.

Heard in the first division, first district, this court at the December' term, 1944; opinion filed March 26, 1945; released for publication April 11, 1945. Walter W. Duft, for plaintiff in error; Joseph J. Sullivan, Jr., of counsel; William J. Tuohy, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe and Joseph A. Pope, Assistant State's Attorneys, of counsel. Opinion by JUSTICE MATCHETT. Not to be published in full.